UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ferrara,
    *Plaintiff,*
    v.

Metro North,
    *Defendant.*

Docket No. 15-cv-500(JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by October 26, 2016.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 26th day of September, 2016.